IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

CIVIL ACTION FILE NO.:  7:24-cv-01078-BO-RJ

| | | |
|---|---|---|
| 2830 HIGHWAY 421 OWNER, LLC, | ) | |
|     Plaintiff/Counterclaim | ) | |
|     Defendant | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| GMS SOUTHEAST, INC., | ) | JOINT VOLUNTARY |
|     Defendant/Counter- | ) | STIPULATION OF DISMISSAL |
|     Plaintiff/Third-Party | ) | *WITH PREJUDICE* |
|     Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| VINCE BURGESS, IV, BURGESS | ) | |
| GROUP CONSOLIDATED, LLC, | ) | |
| DANIEL SCHOR, C. GLENN SCHOR, | ) | |
| and MICHAEL SCHOR, | ) | |
|     Third-Party | ) | |
|     Defendants | ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) and 41(c), the parties hereby jointly stipulate, by and through undersigned counsel, to the dismissal with prejudice of the above-captioned action, including all claims, counterclaims, and third-party claims asserted therein, with each party bearing its own attorneys' fees, costs, and expenses. The parties hereby certify that no responsive pleading was served in response to the counterclaim or the third-party claims. Accordingly, all the parties who have appeared in this action have signed this Joint Voluntary Stipulation of Dismissal *With Prejudice.*

[SIGNATURE PAGE TO FOLLOW]

This the 1st day of April, 2025.

| | |
|---|---|
| <u>*/s/ Jeffery I. Stoddard*</u> | <u>*/s/ Michael A. Kaeding*</u> |
| Ryal W. Tayloe | Michael A. Kaeding |
| N.C. State Bar I.D. No.: 010549 | State Bar No.: 47433 |
| email: docket@wardandsmith.com* | email: mike.kaeding@aslton.com |
| email: rwt@wardandsmith.com** | Nicholas A. Young |
| Jeffery I. Stoddard | State Bar No.: 58154 |
| N.C. State Bar I.D. No.: 56866 | email: nick.young@aslton.com |
| email: jistoddard@wardandsmith.com** | For the firm of |
| For the firm of | Alston & Bird LLP |
| Ward and Smith, P.A. | 555 Fayetteville Street, Ste. 600 |
| Post Office Box 7068 | Raleigh, NC 27601-3034 |
| Wilmington, NC 28406-7068 | Telephone: 919.862.2200 |
| Telephone: 910.794.4800 | Facsimile: 919.862.2260 |
| Facsimile: 910.794.4877 | |
| *Attorneys for Plaintiff/Counterclaim Defendant* | <u>*/s/ Bradley A. Coxe*</u> |
| | Bradley A. Coxe |
| | N.C. State Bar I.D. No.: 21999 |
| | email: bradley@wilmingtonlawyers.com |
| | For the Law Office of |
| | Bradley Coxe |
| | 3907-200 Wrightsville Avenue |
| | Wilmington, NC 28403 |
| | Telephone: 910.834.8400 |
| | |
| | *Attorneys for GMS Southeast, Inc.* |

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.

**Email address to be used for all communications other than service.

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on 1st day of April, 2025 I electronically filed the foregoing JOINT VOLUNTARY STIPULATION OF DISMISSAL *WITH PREJUDICE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Michael A. Kaeding
email:  mike.kaeding@aslton.com
Nicholas A. Young
email:  nick.young@aslton.com
Alston & Bird LLP
555 Fayetteville Street, Ste. 600
Raleigh, NC 27601-3034

Bradley A. Coxe
email: bradley@wilmingtonlawyers.com
Law Office of Bradley Coxe
3907-200 Wrightsville Avenue
Wilmington, NC 28403

*Attorneys for GMS Southeast, Inc.*

<u>*/s/Jeffery I. Stoddard*</u>
Jeffery I. Stoddard
N.C. State Bar I.D. No.:  56866
email:  docket@wardandsmith.com*
email:  jistoddard@wardandsmith.com**
For the firm of
Ward and Smith, P.A.
Post Office Box 7068
Wilmington, NC  28406-7068
Telephone:  910.794.4800
Facsimile:  910.794.4877
*Attorneys for Plaintiff/Counterclaim Defendant*

*This email address must be used in order to effectuate service under the Federal Rules of Civil Procedure.
** Email address to be used for all communications other than service.
ND:4936-3026-5647, v. 1

3